

FILED
MAY 29 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:19mj300
Court Date: June 19, 2019

JOHN W. LEWIS III

### CRIMINAL INFORMATION

(Misdemeanor)-Violation No. 7668835

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 22, 2019, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOHN W. LEWIS III, did drive a motor vehicle upon a highway without a valid driver's license.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-300.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*James T. Cole*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

29 May 2019
Date